In the Matter of the Application of EMILIO PAUL YASELLI for Admission.

to the Bar.— Application granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.